IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 17-CV-103-LTS |
| ) | |
| vs. ) | |
| ) | |
| TWENTY-FOUR THOUSAND ) | |
| NINE HUNDRED TWENTY-EIGHT ) | |
| DOLLARS ($24,928.00) IN UNITED ) | |
| STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |

## DEFAULT JUDGMENT

In accordance with Rule 55 and Rule 58, Federal Rules of Civil Procedure, default judgments are entered in favor of the United States of America, against the defendant property known as: twenty-four thousand nine hundred twenty-eight dollars ($24,928.00) in United States Currency, Dana Clatt, David Szumita, and any and all unknown potentials claimants.

1. A Complaint for Forfeiture *in Rem* was filed on September 22, 2017. The United States seeks forfeiture of the defendant property pursuant to Title 21, United States Code, Section 881(a)(6). (DR 1).

2. On September 27, 2017, a Notice of Complaint for Forfeiture and a copy of the Complaint for Forfeiture *in Rem*, were sent by certified mail, return receipt to Dana Clatt at her last known address, the same address where the currency was seized from her. This paperwork was returned by the U.S. Postal

Service as "Unclaimed." On December 11, 2017, a Notice of Complaint for Forfeiture and a copy of the Complaint for Forfeiture *in Rem*, were sent by certified mail, return receipt to Dana Clatt at an alternative address. This paperwork was returned by the U.S. Postal Service as "Return to Sender." (DR 10).

3. On September 27, 2017, a Notice of Complaint for Forfeiture and a copy of the Complaint for Forfeiture *in Rem* were sent by certified mail, return receipt to David Szumita at his last known address where the currency was seized. This paperwork was returned by the U.S. Postal Service as "Unclaimed." On October 26, 2017, a Notice of Complaint for Forfeiture and a copy of the Complaint for Forfeiture *in Rem* were sent by certified mail, return receipt to David Szumita at an address provided by him to the case agent. This paperwork was returned by the U.S. Postal Service as "Return to Sender." (DR 7).

4. On September 28, 2017, and continuing through October 27, 2017, notice of this forfeiture action was advertised on www.forfeiture.gov, the official federal government website for forfeiture. (DR 4).

5. Dana Clatt and David Szumita have failed to timely claim, answer or otherwise defend this action after notice was provided pursuant to Rule G of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure.

6. No persons, known or unknown, have come forward to file claims, answers, or otherwise defend this action after publication was advertised on

www.forfeiture.gov.

7. Plaintiff's Motions for Default Entry against the defendant property, Dana Clatt, David Szumita, and any and all unknown persons were granted, and the Clerk's Entry of Default was filed herein on January 4, 2018. (DR 12).

IT IS HEREBY ORDERED:

1. Plaintiff's Motion for Default Judgment against the defendant property, twenty-four thousand nine hundred twenty-eight dollars ($24,928.00) in United States Currency, as well as Dana Clatt, David Szumita, and any and all unknown persons (potential claimants) is hereby granted.

2. Any right, title or interest held by Dana Clatt, David Szumita, and any and all unknown persons (potential claimants) in the defendant property is hereby forever barred and foreclosed.

DATED this 22nd day of January, 2018.

_____
Leonard T. Strand, Chief Judge